**Connell Foley LLP**
Bryan P. Couch, Esq.
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
973-436-5800
Attorneys for Plaintiff, Ramada Worldwide Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAMADA WORLDWIDE INC., a Delaware Corporation, | Civil Action No. 2:20-cv-14020- JXN-JRA |
| Plaintiff, | |
| v. | |
| HIGHEND HOTEL GROUP OF AMERICA, LLC, a Wyoming Limited Liability Company; TARANDEEP KAUR, an individual; and RAVINDER SINGH, an individual, | **NOTICE OF MOTION FOR FINAL JUDGMENT BY DEFAULT AGAINST DEFENDANT RAVINDER SINGH, ONLY** |
| Defendants. | **(Motion Day: July 3, 2023)** |

TO:  Ravinder Singh
 1239 Como Drive
 Manteca, California 95377

 Peter G. Aziz, Esq.
 1115 Clifton Ave., Suite 204
 Clifton, New Jersey 07013
 Attorneys for Defendants,
 Highend Hotel Group of America,
 LLC and Tarandeep Kaur

**PLEASE TAKE NOTICE** that on **Monday, July 3, 2023, at 10:00 a.m.** in the forenoon, or as soon thereafter as counsel may be heard, the undersigned, attorneys for plaintiff Ramada Worldwide Inc. ("RWI") will move before the Honorable Julien X. Neals, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S.

Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting Final Judgment by Default as to defendant, Ravinder Singh, only; and

**PLEASE TAKE FURTHER NOTICE** that, in support of the within Motion, RWI shall rely upon the Complaint filed in this matter, the Request for Entry of Default with Certification in support thereof (entered against defendant on March 24, 2023), the Affidavit of Kendra Mallet with Exhibits, the Certification of Bryan P. Couch, Esq. with Exhibits, and the letter brief in support of the present Motion submitted herewith; and

**PLEASE TAKE FURTHER NOTICE** that at the time and place aforesaid, RWI will request that the proposed form of final judgment submitted herewith be entered by the Court.

                **Connell Foley LLP**
                Attorneys for Plaintiff,
                Ramada Worldwide Inc.

By: _____
     **BRYAN P. COUCH**

Dated: June 9, 2023

7227648-1